IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK CARSON,

    Plaintiff,

v.                                                  CASE NO. 1:06-cv-00098-MP-AK

J CURT INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on the following motions:

- Defendant's Motion for Sanctions (Doc. 67)
- Defendant's Motion for Taxation of Costs (Doc. 68)
- Plaintiff's Motion for Reconsideration (Doc. 70)
- Plaintiff's Motion to Stay proceedings on Motion for Taxation of Costs (Doc. 78) and
- Plaintiff's Notice of Pendency of Other Actions (Doc. 81)

As an initial matter, (Doc. 78), the Motion to stay proceedings on the Motion for Taxation of Costs is granted, and the Court will not consider the taxation of costs, or the imposition of sanctions for that matter, until after resolving the motion to reconsider at Doc. 70.

With regard to the motion to reconsider, that matter is set for oral argument on Thursday, March 20, 2008, at 2:30 p.m. In particular, in addition to any other arguments, the parties should be prepared to discuss whether this case should be joined with 1-07-cv-50, Hines v. J-Curt, which is proceeding as a collective action covering the same or similar issues.

**DONE AND ORDERED** this *11th* day of March, 2008

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge